**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **MILFORD MARSHALL, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08-cv-0032-MJR** |
| | ) | |
| **HOME DEPOT U.S.A., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER REGARDING SETTLEMENT AND IMPENDING DISMISSAL**

**REAGAN, District Judge:**

Having been advised by United States Magistrate Judge Philip M. Frazier that the above-captioned action has been settled, but additional time is needed to finalize the settlement documents, the undersigned District Judge hereby **DIRECTS** the Clerk of Court, 60 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

If the parties fail to finalize the settlement within the 60-day period, they may – before that period expires – move to postpone entry of judgment to a later date. Due to the settlement, the Court **CANCELS** all settings herein, including the February 6, 2009 Final Pre-Trial Conference and the March 2, 2009 Jury Trial. Finally, the Court **DENIES AS MOOT** all pending motions. **IT IS SO ORDERED.**

ENTERED this 26th day of June 2008.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**